# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2010

139390

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

CHENIER HOLLOWAY,
     Defendant-Appellant.

SC: 139390
COA: 280834
Wayne CC: 06-011352-01

_____/

     On order of the Court, the application for leave to appeal the June 9, 2009 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Redd* (Docket No. 138161) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2010

s0120

Clerk